# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RICHARD AND TINA-MARIE COLLIER, INDIVIDUALLY AND AS HUSBAND AND WIFE,

          Respondents

          v.

JEFFREY BALZER PUBLIC ADJUSTERS, D/B/A NORTHERN PUBLIC ADJUSTERS AND JEFFREY BALZER,

          Petitioners

: No. 39 WM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Application for Extraordinary Relief is **DENIED**.